IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC BUENAFE,

      Plaintiff,                     No. CIV S-07-0197 WBS DAD P

     vs.

KARINA PURCELL, et al.,

      Defendants.        ORDER

                              /

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed March 13, 2007, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has filed a second amended complaint.

         Plaintiff's second amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of plaintiff's second amended complaint are proven, he has a reasonable opportunity to prevail on the merits of this action.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the second amended complaint is appropriate for the following defendants: Lieutenant Bradford, Sergeant Campbell, Sergeant Childers, Tom Norris, Karina Purcell, and Dr. Wiley.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet, and a copy of the second amended complaint filed April 11, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Seven copies of the second amended complaint filed April 11, 2007.

4. Plaintiff shall not attempt to effect service of the second amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 14, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
buen0197.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC BUENAFE,

        Plaintiff,                  No. CIV S-07-0197 WBS DAD P

   vs.

KARINA PURCELL, et al.,         <u>NOTICE OF SUBMISSION</u>

        Defendants.           <u>OF DOCUMENTS</u>

_____ /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ <u>one</u> completed summons form;

     _____ <u>six</u> completed USM-285 forms; and

     _____ <u>seven</u> true and exact copies of the second amended complaint filed April 11, 2007.

DATED: _____.

                                                  _____
                                                Plaintiff